United States District Court
Southern District of Texas

**ENTERED**

November 09, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EFREN GARZA, SARA GARZA, )<br>AND PIZZA ALLEY, INC. )<br> )<br>VS. )<br> )<br>HUDSON SPECIALTY INSURANCE )<br>COMPANY ) | CIVIL ACTION NUMBER<br><br>M-17-306 |

- CONSOLIDATED WITH -

| | |
|---|---|
| EFREN GARZA, SARA GARZA, AND )<br>PIZZA ALLEY, INC. D/B/A HOME )<br>AWAY FROM HOME ADULT DAY CARE )<br> )<br>VS. )<br> )<br>HUDSON SPECIALTY INSURANCE )<br>COMPANY ) | CIVIL ACTION NUMBER<br><br>M-17-308 |

O R D E R

On the 8th day of November, 2017, at a hearing held in the above-referenced case and upon the Parties' oral Motion to Consolidate Civil Action Number M-17-308 with Civil Action Number M-17-306, and the Court, after having considered same, was of the opinion that said motion should be granted for the reasons stated on the record. It is, therefore,

ORDERED, ADJUDGED and DECREED that Civil Action Number M-17-308 is hereby consolidated with Civil Action Number M-17-306. It is further ORDERED that all subsequent pleadings shall be filed in Civil Action Number M-17-306.

The Clerk shall send a copy of this Order to counsel for the Parties.

DONE on this __9th__ day of November, 2017, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE